# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136226

KELVIN DAVID MOFFITT,

      Plaintiff-Appellant,

v

                                            SC: 136226
                                            CoA: 281561

CHIPPEWA CIRCUIT JUDGE,

      Defendant-Appellee.
_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 2, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2008

jm

_____
Clerk